No. 18-5019

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Jul 26, 2019
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| CIC SERVICES, LLC, | ) |
| | ) |
|     Plaintiff-Appellant, | ) |
| | ) |
| v. | ) |
| | )   O R D E R |
| INTERNAL REVENUE SERVICE; DEPARTMENT OF TREASURY; | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Defendants-Appellees. | ) |

Upon consideration of the appellant's motion for leave to file a reply brief in support of the petition for rehearing en banc,

It is ORDERED that the motion be and it hereby is GRANTED.

ENTERED BY ORDER OF THE COURT

**Deborah S. Hunt, Clerk**