**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 16, 2021

Ms. LeAnna Wilson
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

Re:  Case No. 18-5019*, CIC Services, LLC v. Internal Revenue Service, et al*
Originating Case No. 3:17-cv-00110

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Gretchen S. Abruzzo, Case Manager for
Roy Ford, Case Manager
Direct Dial No. 513-564-7016

cc:  Ms. Bethany B. Hauser
Ms. Kristin Elaine Hickman
Ms. Teresa Ellen McLaughlin
Mr. Cameron Thomas Norris
Mr. Gilbert Steven Rothenberg
Mr. John J. Vecchione
Mr. Adam R. Webber

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

_____

No: 18-5019

_____

Filed: August 16, 2021

CIC SERVICES, LLC; RYAN, LLC

      Plaintiffs - Appellants

v.

INTERNAL REVENUE SERVICE; U.S. DEPARTMENT OF THE TREASURY; UNITED STATES OF AMERICA

      Defendants - Appellees

<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 06/23/2021 the mandate for this case hereby issues today.

 COSTS:  None